# Court of Appeals
# of the State of Georgia

ATLANTA, February 12, 2020

*The Court of Appeals hereby passes the following order*

**A20D0277. HUNTER HENDERSON v. LANIER RENAISSANCE, INC.**


Upon consideration of the Application for Discretionary Appeal, it is ordered that it be

hereby DENIED.

LC NUMBERS:

SPCV1600888



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta, February 12, 2020.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*